UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

MICHAEL ZACZKIEWICZ,

     Plaintiff,

  vs.

MAXAR TECHNOLOGIES, INC.,
DANIEL L. JABLONSKY,
HOWELL M. ESTES,
NICK S. CYPRUS,
ROXANNE DECYK,
JOANNE O. ISHAM,
C. ROBERT KEHLER,
L. ROGER MASON JR.
ERIC J. ZAHLER,
EDDY ZERVIGON,
GILMAN LOUIE,
HEATHER WILSON,

     Defendants.

**Civil Action No.: 1:23-cv-00401-CNS-STV**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Notice is hereby given that, pursuant to Federal Rule of Procedure 41(a)(1)(A)(i), plaintiff Michael Zaczkiewicz ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: April 27, 2022

BRODSKY & SMITH, LLC

By:   */s/ Marc L. Ackerman*

   Marc L. Ackerman
   Two Bala Plaza, Suite 805
   Bala Cynwyd, PA 19004
   Phone: (610) 667-6200
   Fax: (610) 667-9029
   Email: mackerman@brodskysmith.com

   *Counsel for Plaintiff*